

ENTERED
03/20/2019

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| SYNERGY LAW LLC | § | MISC CASE NO: 19-302 |
| | § | |

## ORDER ON MOTION TO WITHDRAW

Not later than April 3, 2019, Synergy may designate new counsel in this case. If Synergy fails to timely designate new counsel, Mr. Parker must contact Ms. Do and obtain an emergency hearing date on his motion to withdraw.

The Court orders that either the principal owner or principal executive officer of Synergy personally appear at any hearing on Mr. Parker's motion to withdraw as counsel. If the principal owner or principal executive officer of Synergy fails to appear, the Court may reset the final hearing date on this matter to mid-April, 2019.

SIGNED **March 20, 2019.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE